UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:07-CR-384-17-MAP

CHRISTOPHER COLLIE

**ORDER**

THIS CAUSE is before the court following the Court's finding that a psychiatric examination of the Defendant, a prior sex offender, is necessary and proper in order to determine whether the defendant's conditions of supervised release should be modified to encompass standard sex offender conditions.

IT IS HEREBY ORDERED, that the government shall select a psychiatrist to conduct a psychiatric examination of the defendant, prepare a written report and furnish it to the undersigned as well as the attorneys of record. The psychiatrist's report of his examination will be filed under seal.

DONE and ORDERED at Tampa, Florida, this 2nd day of September, 2010.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE